UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
---------------------------------------------------------X
Linda Williams,

       Plaintiff,                                       Index No. 13-CV-01037-J-34JBT

   -against-                                    **NOTICE OF VOLUNTARY**
                                                   **DISMISSAL PURSUANT TO**
                                                   **F.R.C.P. 41 (a)(1)(A)(i)**

Enhanced Recovery Company, LLC

       Defendant.
---------------------------------------------------------X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Linda Williams by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Enhanced Recovery Company, LLC.


Dated: November 27, 2013
New York, New York

                                                           **FREDRICK SCHULMAN & ASSOCIATES**

                                                           BY: s/ JERALD ALAN BELOFSKY

                                                           JERALD ALAN BELOFSKY, Esq.
                                                           Fredrick Schulman & Associates
                                                           30 East 29th Street
                                                           New York, New York 10016
                                                           P: 212-796-6053
                                                           F: 212-951-7379
                                                           Attorneys for Plaintiff


**SO-ORDERED:**

_____
**Hon.**