**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA WILLIAMS,

        Plaintiff,

v.                                              Case No.  3:13-cv-1037-J-34JBT

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.
_____/

**ORDER OF DISMISSAL**

      This matter is before the Court on the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(I) (Dkt. No. 7; Notice) filed by Plaintiff on November 27, 2013.  In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action with prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

      1.      This case is **DISMISSED with prejudice**.

      2.      The Clerk of the Court is directed to close the file.

      **DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of December, 2013.

MARCIA MORALES HOWARD
United States District Judge

em

Copies to:

Counsel of Record